# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
CYNTHIA L CANTOR (deceased)  
41 Ashton Dr  
Ashville, OH  431031301

Case No:   03-68905

Judge:   C KATHRYN PRESTON

SSN(S):    XXX-XX-5499

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  September 27, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MICHAEL BORNSTEIN ESQ<br>790 EBNER<br>COLUMBUS, OH  43206 | 6.60 |