# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

In Re:  Cynthia Cantor (deceased)  
       41 Ashton Drive  
       Ashville, OH 43103

Case No.: 03-68905

Chapter 13

Judge: C. Kathryn Preston

SSN  xxx-xx-5499

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: September 27, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

**Name and Address** | **Amount**

ADHY LLC  
495 S HIGH ST STE 250  
COLUMBUS, OH 43215

$0.04